**Joel BAKER, Ph.D., Plaintiff–Appellant,**

v.

**OAKLAND UNIFIED SCHOOL DISTRICT, Defendant–Appellee.**

**No. 06–15727.**

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Submitted Oct. 11, 2006.*

Filed Oct. 17, 2006.

Joel Baker, Berkeley, CA, pro se.

John W. Allen, Esq., Roy A. Combs, Esq., Michael Lee Smith, Esq., Oakland Unified School District, Oakland, CA, for Defendant–Appellee.

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

MEMORANDUM **

We have received notice of appellant's payment of the docketing and filing fees for this appeal.

A review of the record and appellant's response to the court's August 11, 2006 order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Accordingly, we summarily affirm the district court's judgment. *See* 28 U.S.C. § 1441(a); *Am. Int'l Underwriters, Inc. v. Cont'l Ins. Co.,* 843 F.2d 1253, 1260 (9th Cir.1988) ("The right to remove a state court case to federal court is clearly limited to defendants.").

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

All pending motions are denied as moot.

**AFFIRMED.**